FILED
8:48 am Dec 02 2019
Clerk U.S. District Court
Northern District of Ohio
Cleveland

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL GONZALEZ, on behalf of himself and all others similarly situated, | ) CASE NO. 1:19-cv-01094 ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER ) ) |
| vs. | ) ) |
| CLUTCH LANDSCAPING & MAINTENANCE INC., | ) **ORDER OF DISMISSAL AND** ) **APPROVING SETTLEMENT** ) |
| Defendant. | ) |

THIS CAUSE having come before the court on the Joint Motion for Approval of Settlement and Stipulation of Dismissal With Prejudice, including the Joint Stipulation of Settlement and Release ("Settlement") and the Declaration of Chastity L. Christy, and due cause appearing therefore, it is hereby ORDERED AND ADJUDGED as follows:

1. On May 15, 2019, Plaintiff David Gonzalez initiated this collective action against Clutch Landscaping Maintenance Inc. as a result of Defendant's practices and policies of not paying its non-exempt laborers, including Plaintiff, overtime compensation at the rate of one and one-half times their regular rates of pay for the hours they worked over 40 each workweek, in violation of the Fair Labor Standards Act ("FLSA"), 29 U.SC. 201-219, as well as a "class action" pursuant to Fed. R. Civ. P. 23 to remedy violations of the Ohio Minimum Fair Wage Standards Act ("OMFWSA"), R.C. 4111.03. (Doc. 1.)

2. Specifically, Plaintiff alleged that he and other similarly-situated employees were only paid straight time for the hours they worked over 40 each workweek, instead of overtime compensation at the rate of one and one-half their regular rate of pay. (Doc. 1.)

3. On June 20, 2019, Plaintiff filed his Motion for Conditional Certification,

Expedited Opt-In Discovery, and Court-Supervised Notice to Potential Opt-In Plaintiffs. (Doc. 7.)

4. On July 11, 2019, the Parties filed their Joint Stipulation to Conditional Certification and Notice, stipulating to the following class: All current and former laborers employed by Clutch Landscaping & Maintenance Inc. at any time between May 15, 2016 and the present who were not paid overtime compensation at the rate of one and one-half times their regular rates of pay for the hours they worked over 40 each workweek. (Doc. 9.) On July 12, 2019, this Court approved the Parties' Joint Stipulation and Notice. (Doc. 10.)

5. On July 30, 2019, the Notice was mailed and emailed to potential class members, and the Notice Period closed on August 30, 2019.

6. The Parties stipulate to this Court that they engaged in substantial investigation and discovery prior to negotiating the Settlement, and relevant information was exchanged, including discovery relating to Plaintiffs' claims and Defendant's defenses.

7. The Parties stipulate to this Court that they engaged in a comprehensive exchange of information regarding Plaintiffs' claims and Defendant's defenses to such claims. This included a complete analysis and calculations of Plaintiffs' and Opt-In Party Plaintiffs' overtime damages based on Defendant's records.

8. The Parties advise this Court that they engaged in extensive legal discussion, which included numerous and lengthy discussions between counsel for the Parties.

9. Between October 2019 and November 2019, the Parties engaged in settlement negotiations, including the exchange of letters and discussions between Counsel for the Parties detailing the Parties' legal and factual positions.

10. The Parties agree that bona fide disputes exist between the Parties, including

whether Plaintiffs were properly compensated under the FLSA and/or OMFWSA and whether they are entitled to their claimed overtime compensation under the FLSA and/or OMFWSA.

11. Furthermore, there is a bona fide dispute over whether the two-year or three-year statute of limitations applies and whether Plaintiffs would be entitled to liquidated damages as Defendant claims it did not act willful and has a good faith defense.

12. In an effort to reach a compromise and to avoid the expense and burden of litigation, the Parties reached an agreement to settle the Action on November 7, 2019 on the terms set forth in the Joint Stipulation of Settlement and Release attached as Exhibit 1 to the Parties' Joint Motion.

13. The Court hereby accepts and approves the proposed settlement and holds that the proposed settlement submitted by the Parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act.

14. The Court orders that the settlement payments be distributed in the manner, and subject to the terms and conditions, set forth in the Settlement.

15. The above case is hereby DISMISSED WITH PREJUDICE; each party to bear their own attorneys' fees and costs except as otherwise provide by the Settlement.  All pending deadlines are stricken as moot.  The Court shall retain jurisdiction to enforce the Parties' Settlement.

ORDERED this 2nd day of December, 2019.

_____
HONORABLE DAN AARON POLSTER